# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

SUSAN M. THOMSEN,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

**8:17CV428**

**ORDER**

Plaintiff has failed to respond to discovery served on January 24, 2018. After conferring with counsel,

IT IS ORDERED:

1) Defendant's oral motion to compel, (Filing No. 18), is granted.

2) On or before May 1, 2018, Plaintiff shall provide full and complete responses to Defendant's written discovery served on January, 24, 2018.

3) Plaintiff is hereby notified that failure to comply with this order may result in dismissal of this case for want of prosecution.

Dated this 6th day of April, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge